[Civ. No. 11947. Second Appellate District, Division Two.—August 24, 1938.]

CLARA E. McLEOD, Appellant, v. J. F. McMAHON, Respondent.

No appearance for Appellant.

Sigurd E. Murphy and Bernard E. Allard for Respondent.

THE COURT.— This case comes before the court on motion of respondent to dismiss the appeal for failure of

appellant to file a transcript of the record or brief, although the time therefor is long past due. The motion is good and it is granted.

Appeal dismissed.